IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00654-JLK-KMT

BRADLEY C. SMITH, derivatively on behalf of OPPENHEIMER QUEST FOR VALUE FUNDS,

     Plaintiff,

v.

OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
MATTHEW P. FINK,
PHILLIP A. GRIFFITHS,
MARY F. MILLER,
JOEL W. MOTLEY,
MARY ANN TYNAN,
JOSEPH H. WIKLER
PETER I. WOLD,
BRIAN F. WRUBLE,
DAVID K. DOWNES,
RUSSELL S. REYNOLDS, JR.,
WILLIAM F. GLAVIN,
THOMAS W. COURTNEY,
LACY B. HERRMANN, and
JOHN V. MURPHY,

     Defendants,

OPPENHEIMER QUEST FOR VALUE FUNDS,

     Nominal Defendant

---

**ORDER GRANTING UNOPPOSED MOTION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' AMENDED TRANSFER MOTION**

---

     This matter comes before the Court on the Plaintiff's Unopposed Motion to Set Briefing Schedule for Defendants' Amended Transfer Motion (doc. #21), filed June 14, 2010.

The Court having reviewed the Motion and being otherwise fully advised in the premises, hereby GRANTS the Motion and ORDERS that:

1. Plaintiff's response to the Amended Transfer Motion will be due on June 17, 2010.

2. Defendants' reply to the Amended Transfer Motion will be due in accordance with Local Rule 71.1 (C).

Dated:  June 15, 2010.

BY THE COURT:

*s/John L. Kane*_____
John L. Kane
Senior United States District Court Judge