IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00654-JLK-KMT

BRADLEY C. SMITH, derivatively on behalf of OPPENHEIMER QUEST FOR VALUE FUNDS,

    Plaintiff,

v.

OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
MATTHEW P. FINK,
PHILLIP A. GRIFFITHS,
MARY F. MILLER,
JOEL W. MOTLEY,
MARY ANN TYNAN,
JOSEPH H. WIKLER,
PETER I. WOLD,
BRIAN F. WRUBLE,
DAVID K. DOWNES,
RUSSELL S. REYNOLDS, JR.
WILLIAM F. GLAVIN,
THOMAS W. COURTNEY,
LACY B. HERRMANN, and
JOHN V. MURPHY,

    Defendants,
and

OPPENHEIMER QUEST FOR VALUE FUNDS,

    Nominal Defendant.

## NOTICE OF FIRM NAME CHANGE

Please take notice that effective June 15, 2010, as the result of the appointment of Ann B. Frick to the Denver District Court, the law firm of Jacobs Chase Frick Kleinkopf & Kelley, LLC has changed its name to Jacobs Chase LLC. The firm address, telephone number, facsimile number and email addresses remain unchanged.

{00267825.DOC}

DATED:  June 24, 2010.

                Respectfully submitted,


                *s/ Andrew W. Myers*
                Jeffrey A. Chase
                Andrew W. Myers
                **JACOBS CHASE LLC**
                1050 17th Street, Ste 1500
                Denver, CO 80265
                Telephone:   303-685-4800
                Fax:   303-685-4869
                E-mail:   jchase@jacobschase.com
                                  amyers@jacobachase.com

                Michael C. Spencer
                Janine L. Pollack
                Lauren Block
                **MILBERG LLP**
                One Pennsylvania Plaza
                New York, NY 10119
                Telephone:   212-594-5300
                Fax:   212-868-1229
                E-mail:   mspencer@milberg.com
                                  jpollack@milberg.com
                                  lblock@milberg.com

                Lee A. Weiss
                **BROWNE WOODS GEORGE LLP**
                49 West 37th St., 15th Fl
                New York, NY 10018
                Telephone:   212-354-4901
                Fax:   212-354-4904
                E-mail:   lweiss@bwgfirm.com

                Ronald A. Uitz
                **UITZ & ASSOCIATES**
                1629 K Street, NW Ste 300
                Washington, DC 20006
                Telephone:   202-296-5280
                Fax:   202-521-0619
                E-mail:   ron877@yahoo.com

        Alfred G. Yates, Jr.
        **LAW OFFICE OF ALFRED G. YATES, JR. P.C.**
        519 Allegheny Building
        429 Forbes Ave.
        Pittsburgh, PA 15219
        Telephone:   412-391-5164
        Fax:   412-471-1033
        E-mail:   yateslaw@aol.com

        *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2010 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Kotler
david.kotler@dechert.com

William K. Dodds
William.dodds@dechert.com, luis.lopez@dechert.com

Robert N. Miller
rmiller@perkinscoie.com, rmiller-efile@perkinscoie.com

Stephanie E. Dunn
sdunn@perkinscoie.com; sdunn-efile@perkinscoie.com

Arthur H. Aufses, III
aaufses@kramerlevin.com

Edward T. Lyons, Jr.
elyons@joneskeller.com

        *s/ Andrew W. Myers*
        Jeffrey A. Chase
        Andrew W. Myers
        **JACOBS CHASE LLC**
        1050 17th Street, Ste 1500
        Denver, CO 80265
        Telephone:   303-685-4800
        Fax:   303-685-4869
        E-mail:   jchase@jacobschase.com
                amyers@jacobachase.com